# Third District Court of Appeal

## State of Florida

Opinion filed June 2, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-762
Lower Tribunal No. 20-843

_____

**Alec Ross,**
Appellant,

vs.

**Kevin Ross,**
Appellee.


An Appeal from the Circuit Court for Miami-Dade County, Milton Hirsch, Judge.

Alec Ross, in proper person.

Wolfe Law Miami, P.A., and Richard C. Wolfe, for appellee.


Before LINDSEY, HENDON and BOKOR, JJ.

PER CURIAM.

Affirmed. Garcia v. Morrow, 954 So. 2d 656, 659 (Fla. 3d DCA 2007) (explaining that "'[t]he appointment of a personal representative for an intestate estate is a discretionary act of the probate courts' . . . [b]ut where a preferred individual is not being appointed, the record must show that the preferred person is not fit to be appointed as the representative") (quoting DeVaughn v. DeVaughn, 840 So. 2d 1128, 1132 (Fla. 5th DCA 2003)); DeVaughn, 840 So. 2d at 1133 ("If the record supports the conclusion that the statutorily preferred person 'lacks the necessary qualities and characteristics,' the court has discretion to refuse to make the appointment.") (quoting Padgett v. Est. of Gilbert, 676 So. 2d 440, 443 (Fla. 1st DCA 1996)).